

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0704

JACOB SMITH,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

FILED

SEP 0 9 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Jacob Smith has filed a Motion for a 60-day Extension of Time within which to file his opening brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's brief shall be filed on or before October 30, 2020.

DATED this 9th day of September, 2020.

For the Court,

By _____
                  Chief Justice